**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL WAYNE ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 5:18-cv-02223 VEB<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $5,500.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

DATED this 19th day of October, 2020

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE